THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* WALTER LEVANDOWSKY, Appellant.

(Argued March 9, 1920; decided April 13, 1920.)

APPEAL from a judgment of the Supreme Court rendered December 17, 1919, at a Trial Term for the county of Clinton, upon a verdict convicting the defendant of the crime of murder in the first degree,

*Roy R. Richard* for appellant.
*Harold A. Jerry, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.